# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDON WOODY; TYRON JOHNSON; ANTWANE WASHINGTON; KEANDRE ARNOLD; CHARLES COLEMAN; WILLIAM O'BRIEN; ARCHIE PARKER; AVERY BAILEY, JR.; MATTHEW BENNETT; ROMEL CHAMBLISS; STEVE HALCOMB; TYRONE HUGHES; ANTHONY MALONE; LANCE PRUITT; JEREMY WALL; DEJUAN COX; DARERN MADDEN-BAY; M. JOSEPH BASFORD; NARKEEN ALTAMIRANO; BRADLEY BALDWIN, WILLIAM BASS; JOHN BLAYLOCK; KWIN BOES; IRA BROWN; CLAYTON BROWN; FREDDIE BYERS III; DANNY COMBS; CURTIS DANCE; JOHN DICKEY; DEWAYNE EMBERTON; BRUCE FOSTER; DEVANTE GILBERT; ANTHONY GRAHAM; JANSSEN HAMLETT; THOMAS HENSON; RICHARD INGRAM; SAMUEL JACKSON; JAMES JOHNSON; DAKODA KIMBLER; LOGAN LEADERS; ZACHARTY MCGINNISS; REONTE MOORE; JOHN NAYLOR; RICHARD PAYTON; KEVIN RILEY; TIMOTHY ROBERTSON; NATHAN ROBINSON; CHARLIE SMITH; MERLE WEB; ANTHONY WHITE; COURTNEY SMITH, MARCO WEBSTER; JAMES COLLIER; BENFORD DAVIS; DANIEL FISHER; BRANDON LEWIS; MICHAEL OWENS; CHRIS WATKINS; AUSTIN JONES; AARON LAND; DEMETRIUS JACKSON; TREVOR MILLER; JAMES GARY and DANNIE ENGRAM,<br><br>                             Plaintiffs,<br><br>    v.<br><br>DENNIS REAGLE; MAGGIE BRYANT; CENTURION HEALTH OF INDIANA, LLC;  DANIELLE STASIAK; KEVIN ORME;  WILLIAM CALLAHAN; BOBBY LATOUR;  JEFFERY MEECE; CHRIS ERTEL; VINCENT  STANLEY; ANDY BAGIENSKI;  AQUA INDIANA, INC.; and TOWN OF INGALLS, INDIANA,<br><br>                             Defendants.<br><br>APPLIES TO:  ALL RELATED CASES | Master Docket No.:<br>1:21-cv-03120-JPH-KMB<br><br>Case No: _____ |

## SHORT FORM COMPLAINT

Plaintiffs, BRANDON WOODY; TYRON JOHNSON; ANTWANE WASHINGTON; KEANDRE ARNOLD; CHARLES COLEMAN; WILLIAM O'BRIEN; ARCHIE PARKER; AVERY BAILEY, JR.; MATTHEW BENNETT; ROMEL CHAMBLISS; STEVE HALCOMB; TYRONE HUGHES; ANTHONY MALONE; LANCE PRUITT; JEREMY WALL; DEJUAN COX; DARERN MADDEN-BAY; M. JOSEPH BASFORD; NARKEEN ALTAMIRANO; BRADLEY BALDWIN, WILLIAM BASS; JOHN BLAYLOCK; KWIN BOES; IRA BROWN; CLAYTON BROWN; FREDDIE BYERS III; DANNY COMBS; CURTIS DANCE; JOHN DICKEY; DEWAYNE EMBERTON; BRUCE FOSTER; DEVANTE GILBERT; ANTHONY GRAHAM; JANSSEN HAMLETT; THOMAS HENSON; RICHARD INGRAM; SAMUEL JACKSON; JAMES JOHNSON; DAKODA KIMBLER; LOGAN LEADERS; ZACHARTY MCGINNISS; REONTE MOORE; JOHN NAYLOR; RICHARD PAYTON; KEVIN RILEY; TIMOTHY ROBERTSON; NATHAN ROBINSON; CHARLIE SMITH; MERLE WEB; ANTHONY WHITE; COUIRTNEY SMITH; MARCO WEBSTER; JAMES COLLIER; BENFORD DAVIS; DANIEL FISHER; BRANDON LEWIS; MICHAEL OWENS; CHRIS WATKINS; AUSTIN JONES; AARON LAND; DEMETRIUS JACKSON; TREVOR MILLER, JAMES GARY and DANNIE ENGRAM, file this Short Form Complaint pursuant to The Amended Case Management Order, [ECF 118], entered in the Master Docket, Case No. 1:23-cv-00523-JPH-KMB, and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Amended Complaint, [ECF 106] filed in the Master Docket No. 1:21-cv-03120-JPH-KMB by reference. Plaintiff further shows the Court as follows:

1. The names of the persons injured after exposure to and caused by the presence of

legionella bacteria and/or any other bacteria that poses a risk to human health, including legionella pneumophila and helicobacter pylori at Pendleton Correctional Facility in Pendleton, Indiana:

BRANDON WOODY; TYRON JOHNSON; ANTWANE WASHINGTON; KEANDRE ARNOLD; CHARLES COLEMAN; WILLIAM O'BRIEN; ARCHIE PARKER; AVERY BAILEY, JR.; MATTHEW BENNETT; ROMEL CHAMBLISS; STEVE HALCOMB; TYRONE HUGHES; ANTHONY MALONE; LANCE PRUITT; JEREMY WALL; DEJUAN COX; DARERN MADDEN-BAY; M. JOSEPH BASFORD; NARKEEN ALTAMIRANO; BRADLEY BALDWIN, WILLIAM BASS; JOHN BLAYLOCK; KWIN BOES; IRA BROWN; CLAYTON BROWN; FREDDIE BYERS III; DANNY COMBS; CURTIS DANCE; JOHN DICKEY; DEWAYNE EMBERTON; BRUCE FOSTER; DEVANTE GILBERT; ANTHONY GRAHAM; JANSSEN HAMLETT; THOMAS HENSON; RICHARD INGRAM; SAMUEL JACKSON; JAMES JOHNSON; DAKODA KIMBLER; LOGAN LEADERS; ZACHARTY MCGINNISS; REONTE MOORE; JOHN NAYLOR; RICHARD PAYTON; KEVIN RILEY; TIMOTHY ROBERTSON; NATHAN ROBINSON; CHARLIE SMITH; MERLE WEB; ANTHONY WHITE; COURTNEY SMITH; MARCO WEBSTER; JAMES COLLIER; BENFORD DAVIS; DANIEL FISHER; BRANDON LEWIS; MICHAEL OWENS; CHRIS WATKINS; AUSTIN JONES; AARON LAND; DEMETRIUS JACKSON; TREVOR MILLER; JAMES GARY and DANNIE ENGRAM

2. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

   N/A

3. At the time of the filing of the specific case, Plaintiff(s) is/are incarcerated at:

   Pendleton Correctional Facility

4. Defendants (Check Defendants against whom Complaint is made):

   ☒ Dennis Reagle
   ☒ Maggie Bryant
   ☒ Centurion Health of Indiana, LLC
   ☒ Danielle Stasiak
   ☒ Kevin Orme
   ☒ William Callahan
   ☒ Bobby Latour
   ☒ Jeffrey Meece
   ☒ Chris Ertel
   ☒ Vincent Stanley
   ☒ Andy Bagienski
   ☒ Aqua Indiana, INC.
   ☒ Town of Ingalls, Indiana.

5. Plaintiff(s) adopt(s) the following counts from the Master Complaint:

- ■ Count I – Violation of the Eighth Amendment of the United States Constitution, Conditions of Confinement (State Defendants, Town of Ingalls, and Aqua Indiana)

- ■ Count II – Violation of the Eighth Amendment of the United States Constitution, Deliberate Indifference to a Serious Medical Need (Centurion and Stasiak)

- ■ Count III – Negligence in Violation of Indiana Law (Town of Ingalls and Aqua)

- ■ Count IV – Negligence in Violation of Indiana Law (Centurion and Stasiak)

6. Jury Demand:

- ■ Jury Trial is Demanded as to All Counts

- ☐ A Jury Trial is <u>not</u> Demanded as to the Count(s), identified below:

_____

WHEREFORE, Plaintiffs, BRANDON WOODY; TYRON JOHNSON; ANTWANE WASHINGTON; KEANDRE ARNOLD; CHARLES COLEMAN; WILLIAM O'BRIEN; ARCHIE PARKER; AVERY BAILEY, JR.; MATTHEW BENNETT; ROMEL CHAMBLISS; STEVE HALCOMB; TYRONE HUGHES; ANTHONY MALONE; LANCE PRUITT; JEREMY WALL; DEJUAN COX; DARERN MADDEN-BAY; M. JOSEPH BASFORD; NARKEEN ALTAMIRANO; BRADLEY BALDWIN, WILLIAM BASS; JOHN BLAYLOCK; KWIN BOES; IRA BROWN; CLAYTON BROWN; FREDDIE BYERS III; DANNY COMBS; CURTIS DANCE; JOHN DICKEY; DEWAYNE EMBERTON; BRUCE FOSTER; DEVANTE GILBERT; ANTHONY GRAHAM; JANSSEN HAMLETT; THOMAS HENSON; RICHARD INGRAM; SAMUEL JACKSON; JAMES JOHNSON; DAKODA KIMBLER; LOGAN LEADERS; ZACHARTY MCGINNISS; REONTE MOORE; JOHN NAYLOR; RICHARD

PAYTON; KEVIN RILEY; TIMOTHY ROBERTSON; NATHAN ROBINSON; CHARLIE SMITH; MERLE WEB; ANTHONY WHITE; COURTNEY SMITH; MARCO WEBSTER; JAMES COLLIER; BENFORD DAVIS; DANIEL FISHER; BRANDON LEWIS; MICHAEL OWENS; CHRIS WATKINS; AUSTIN JONES; AARON LAND; DEMETRIUS JACKSON; TREVOR MILLER; JAMES GARY and DANNIE ENGRAM, pray for relief and judgment against Defendants for violation of the Eighth Amendment; entering judgment in their favor for any negligent acts performed by any Defendant; entering judgment against Defendants, jointly and/or severally, for declaratory and injunctive relief; awarding Plaintiffs all damages allowed by law, including punitive damages; awarding Plaintiffs their attorneys' fees and costs for this action and interest as allowable by law; and awarding any other relief deemed just and proper.

Date: December 28, 2023.

Respectfully submitted,

*/s/ Gregory L. Laker*
Gregory L. Laker, Atty. No. 10322-49
Conner R. Dickerson, Atty. No. 36374-49
COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
glaker@cohenandmalad.com
cdickerson@cohenandmalad.com
317-636-6481 (Telephone)
317-636-2593 (Facsimile)

Mark W. Sniderman, Atty. No. 26599-49
One Indiana Square, Ste. 1550
Indianapolis, IN 46204
mark@snidermanlaw.com
Tel: (317) 361-4700
Fax: (317) 231-1106

*Attorneys for Plaintiffs*